# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>DEBBIE HENRY<br>SSAN: XXX-XX-1330<br><br><br><br>Debtor(s) | Case No. 16-31765-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on July 05, 2016.

2. The debtor(s)' §341 Meeting of Creditors was held August 10, 2016.

**(X)** Debtor's plan is not feasible and in response debtor amended the plan to reduce the percentage to unsecured creditors from 100% to a POT.

**(X)** The plan fails the disposable income test. Debtor is an above median income debtor and the plan requires 100% for the benefit of unsecured creditors

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s)' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this September 06, 2016.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P.O. Box 173<br>Montgomery, AL  36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: mckinneys@ch13mdal.com | /s/ *Sabrina L. McKinney*<br>Sabrina L. McKinney<br>Acting Chapter 13 Trustee |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this September 06, 2016.

Copy to: DEBTOR(S)
          RICHARD D SHINBAUM

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney
Acting Chapter 13 Trustee