# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                      Case No. 16–31765
                                 Chapter 13

Debbie Henry

     Debtor

## ORDER

Order Rescheduling 341 Meeting of Creditors and Confirmation Hearing. The debtor(s) or attorney for the debtor(s)shall serve a copy of this notice on all parties required to be served under Fed.R.Bankr.P. 2002 or other appropriate rule. Entered On 9/12/2016. Section 341(a) Meeting of Creditors to be held on 10/11/2016 at 02:30PM at 341 Meeting of Creditors (Rm 105), FMJ Fed. Courthouse (Lee St. entrance), Montgomery, AL 36104. Confirmation hearing to be held on 11/14/2016 at 09:30 AM at Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. (JFM)

Done this 12th day of September, 2016.

*Dwight A. Williams, Jr.*

Dwight H. Williams Jr.
United States Bankruptcy Judge